UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| WENDY LORENA GALICIA RAMIREZ and KEVIN JOSUE GALICIA RAMIREZ, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CITY OF TUSTIN and ESTELLA SILVA, <br><br> Defendants - Appellees. | No. 24-2259 <br><br> D.C. No. 8:22-cv-00131-SPG-KES <br><br> Central District of California, Santa Ana <br><br> MANDATE |

The judgment of this Court, entered August 08, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellees in the amount of $143.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT